IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

COLLEEN NIX,

    Plaintiff,

vs.                                                                                                     No:   1:24-CV-00691-KG-LF

NEW MEXICO DEPARTMENT OF PUBLIC
SAFETY, NEW MEXICO STATE POLICE
and KEVIN B. KEINER,

    Defendants.

**ORDER GRANTING SECOND UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

THIS MATTER comes before the Court on Defendant Kevin B. Keiner's Second Unopposed Motion for Leave to Exceed Page Limits for Reply in Support of Motion for Summary Judgment. (Doc. 85). The Court having considered the Motion and noting that it is unopposed, finds the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that Defendant may file a reply in Support of Motion for Summary Judgment not to exceed 30 pages.

IT IS SO ORDERED.

                                                   /s/
                                                   KENNETH J. GONZALES[1]
                                                   CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.