IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

COLLEEN NIX,

     Plaintiff,

v.                                       No. 1:24-cv-00691-KG-LF

NEW MEXICO DEPARTMENT
OF PUBLIC SAFETY, et al.,

     Defendants.

## **ORDER TO SUPPLEMENT**

This matter is before the Court on Plaintiff Colleen Nix's Motion to Exclude Affidavit and Testimony of Dr. Steven Fishburn, Doc. 110, and Defendant Kevin Keiner's Response, Doc. 129. Defendant, as the proponent of the challenged expert testimony, bears the burden of establishing its admissibility by a preponderance of the evidence. *United States v. Nacchio*, 555 F.3d 1234, 1241 (10th Cir. 2009). Although Defendant submitted an affidavit from Dr. Fishburn in support of summary judgment, Doc. 50-6, the present record is insufficient for the Court to evaluate the admissibility of the proposed testimony under Rule 702 and *Daubert*.

Therefore, Defendant must supplement the record within 14 days of this Order by filing any expert report prepared by Dr. Fishburn. If no report exists, Defendant must explain why no report was required and disclose: (1) Dr. Fishburn's opinions; (2) his methodology; and (3) the facts and materials considered. After supplementation, the Court will determine whether a *Daubert* hearing is necessary.

     IT IS SO ORDERED.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.