**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

COLLEEN NIX,

Plaintiff,

vs. No: 1:24-CV-00691-KG-LF

KEVIN B. KEINER,

Defendant.

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER, having come before the Court upon the Stipulation of the Parties for a Dismissal of all claims or potential claims that have been brought or could have been brought by the Plaintiff, COLLEEN NIX, against the Defendant KEVIN B. KEINER, the Court FINDS that the Stipulation of Dismissal with Prejudice is well taken.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED, that Plaintiff's Complaint as against Defendant KEVIN B. KEINER, be and hereby is dismissed with prejudice as all claims in this matter have been resolved by the parties.

IT IS FURTHER ORDERED that all claims brought, or that could have been brought, between the parties are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that each party is to bear its own costs and attorney fees.

**IT IS SO ORDERED**.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

Respectfully submitted,

STIFF, GARCIA & ASSOCIATES, LLC

By: */s/Julia Y. Parsons*

John S. Stiff, Sr., Esq.,
Julia Y. Parsons, Esq.
500 Marquette Ave. N.W., Suite 1400
Albuquerque, New Mexico 87102
Phone: (505) 243-5755
E-mail: jstiff@stifflaw.com
jparsons@stifflaw.com
*Attorneys for Defendant Kevin Keiner*

-And-

VALLE, O'CLEIREACHAIN, ZAMORA & HARRIS

By: Approved via email on 8-27-2026

Criostoir O' Cleireachain, Esq.
Richard J. Valle, Esq.
Valle, O' Cleireachain,
Zamora & Harris
1805 Rio Grande Blvd NW, Ste. 2
Albuquerque, NM 87104
Phone: (505) 888-4357
E-Mail: cso@vozhlaw.com
rv@vozhlaw.com

-And-

KORTE LAW FIRM, LLC

Approved via email on 8-27-2026

Kevin Korte, Esq.
460 St. Michaels Dr. Ste 1001
Santa Fe, NM 87505-7656
Phone: 505-479-0966
E-Mail: kevin@kortelawfirm.com
miquela@kortelawfirm.com
*Attorneys for Plaintiff*